NELLIE A. G. VOUGHT, Respondent, *v.* EASTERN BUILDING AND LOAN ASSOCIATION OF SYRACUSE, Appellant.

*Vought* v. *Eastern Bldg. & Loan Assn.,* 85 App. Div. 624, affirmed.
(Argued December 16, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 20, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*William Hepburn Russell,* *William Beverly Winslow* and *Daniel A. Pierce* for appellant.

*Charles S. Kent* for respondent.

Judgment affirmed, with costs, on authority of same case in 172 N. Y. 508.

Concur: GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J. Absent: HAIGHT, J.

---

WILHELMINA BUCHHOLZ et al., Respondents, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

*Buchholz* v. *N. Y., L. E. & W. R. R. Co.,* 71 App. Div. 452, affirmed.
(Argued December 17, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1902, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Henry Bacon* and *Joseph Merritt* for appellant.

*Frank Lybolt* and *John W. Lyon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN and WERNER, JJ. Absent: HAIGHT, J. Not sitting: VANN, J.